No. 01A62 (00–10589). DANTAS v. DEPARTMENT OF JUSTICE ET AL. C. A. 1st Cir. Application for protective order, addressed to JUSTICE THOMAS and referred to the Court, denied.